# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CLUB FITNESS HOLDINGS, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00299-JMB |
| ) | |
| The UNITED STATES SMALL ) | |
| BUSINESS ADMINISTRATION and ) | |
| ISABELLA CASILLAS GUZMAN, in ) | |
| her official capacity as Administrator of ) | |
| the United States Small Business ) | |
| Administration, ) | |
| ) | |
| Respondents. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Club Fitness Holdings, Inc., and Defendants United States Small Business Administration and Isabella Casillas Guzman, in her official capacity as Administrator of the United States Small Business Administration, by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve their dispute through a voluntary settlement agreement. The parties jointly request thirty (30) days to allow the parties to finalize the settlement agreement, at which time Petitioner intends to file a voluntary dismissal with prejudice of the above-captioned case. During this time, the parties jointly request that the Court stay all pending deadlines in this case.

Dated:  June 2, 2023

| | |
|---|---|
| ARMSTRONG TEASDALE LLP | SAYLER A. FLEMING<br>United States Attorney |
| By: */s/ Angela B. Kennedy*<br>    Angela B. Kennedy (69167MO)<br>    7700 Forsyth Blvd., Suite 1800<br>    St. Louis, Missouri 63105<br>    Telephone:  314.621.5070<br>    Fax:  314.621.5065<br>    akennedy@atllp.com | By: */s/ Anthony Debre (with permission)*<br>    Anthony Debre<br>    Assistant United States Attorney<br>    Thomas F. Eagleton U.S. Courthouse<br>    111 South Tenth Street, 20th Floor<br>    St. Louis, Missouri 63102<br>    Telephone:  314.539.2200<br>    Fax:  314.539.2196<br>    anthony.debre@usdoj.gov |
| ATTORNEYS FOR PETITIONER CLUB FITNESS HOLDINGS, INC. | ATTORNEYS FOR DEFENDANTS UNITED STATES SMALL BUSINESS ADMINISTRATION & ISABELLA CASILLAS GUZMAN |